COMPOSITE EXHIBIT A

**Case 16-2025-CA-006696-AXXX-MA**

| Department | Circuit Civil | Division | CV-F |
|---|---|---|---|
| Case Status | OPEN | File Date | 10/28/2025 |
| Judge Name | DANIEL, JAMES H. | Officer | |
| Private Attorney | Soscia, Ryan J | | |

### Parties

| Name / DOB / DL / ID # | Party Type Race / Sex | Address |
|---|---|---|
| KENNETH TYRONE LYNCH JR | PLAINTIFF / | 1120 CEDAR STREET APT C JACKSONVILLE, FL32207 |
| ANHEUSER BUSCH COMPANIES LLC | DEFENDANT / | 500 RIVERSIDE AVENUE SUITE 902 JACKSONVILLE, FL32202 |

### Attorneys

| Attorney | Address | For Parties |
|---|---|---|
| Soscia, Ryan J Private Attorney (1031736) | 100 S Ashley Dr Ste 2200 Tampa, FL33602-5311 | ANHEUSER BUSCH COMPANIES LLC (DEFENDANT) |
| White, Tyler Private Attorney (38213) | 501 Riverside Ave Ste 902 Jacksonville, FL32202-4940 | ANHEUSER BUSCH COMPANIES LLC (DEFENDANT) |

### Fees

| Date | Description | Assessed | Paid | Balance |
|---|---|---|---|---|
| 10/28/2025 | CIR/GENERALCIVIL 7/1/2019 | $0.00 | $0.00 | $0.00 |

### Dockets

Docket Commands - e-Certify (Purchase)

| Line / Document | Count | Effective Entered | Description | Pages | Image | e-Certify / Select |
|---|---|---|---|---|---|---|
| 1 | — | 10/28/2025 10/28/2025 | DISCRIMINATION | | | |
| 2 D2 | — | 10/28/2025 10/28/2025 | COVER SHEET | 3 | Available VOR, Ready to view | ☐ |
| 3 D3 | — | 10/28/2025 10/28/2025 | COMPLAINT | 4 | Available VOR, Ready to view | ☐ |
| 4 D4 | — | 10/28/2025 10/28/2025 | SUMMONS ISSUED ANHEUSER BUSCH COMPANIES LLC (DEFENDANT) | 3 | Available VOR, Ready to view | ☐ |
| 5 D5 | — | 10/28/2025 10/28/2025 | APPLICATION FOR DETERMINATION OF CIVIL INDIGENCE | 1 | Available VOR, Ready to view | ☐ |
| 6 D6 | — | 10/28/2025 10/28/2025 | CERTIFICATE OF INDIGENCY | 1 | Available | ☐ |

Docket Commands - e-Certify (Purchase)

Docket Commands ▾

| Line / Document | Count | Effective Entered | Description | Pages | Image | e‐Certify / Select |
|---|---|---|---|---|---|---|
| | | | | | VOR, Ready to view | |
| 7 D7 | – | 11/5/2025 11/6/2025 | CASE MANAGEMENT ORDER SETTING PROJECTED TRIAL DATE AND CASE MANAGEMENT DEADLINES - CMC ON 02/25/2026 @ 03:00PM IN HEARING ROOM 736 | 4 | **Available** VOR, Ready to view | ☐ |
| 8 D8 | – | 11/5/2025 11/6/2025 | SUMMONS RETURNED NOT SERVED FOR ANHEUSER-BUSCH COMPANIES LLC | 1 | **Available** VOR, Ready to view | ☐ |
| 9 D9 | – | 11/5/2025 11/6/2025 | SUMMONS RETURNED NOT SERVED FOR ANHEUSER-BUSCH COMPANIES LLC | 1 | **Available** VOR, Ready to view | ☐ |
| 10 D11 | – | 11/13/2025 11/13/2025 | SUMMONS ISSUED ANHEUSER BUSCH COMPANIES LLC (DEFENDANT) | 1 | **Available** VOR, Ready to view | ☐ |
| 11 D10 | – | 11/13/2025 11/13/2025 | CERTIFICATE OF SERVICE CASE MANAGEMENT ORDER | 1 | **Available** Public access | ☐ |
| 12 D12 | – | 12/12/2025 12/14/2025 | NOTICE OF APPEARANCE OF COUNSEL TYLER WHITE FOR ANHEUSER BUSCH COMPANIES LLC (DEFENDNAT ANEHUSER-BUSCH COMPANIES, LLC AND DESIGNATION OF PRIMARY AND SECONDARY E MAIL ADDRESSES OF BY TYLER WHITE, ESQ. | 2 | **Available** Public access | ☐ |
| 13 D13 | – | 12/12/2025 12/15/2025 | NOTICE OF APPEARANCE OF COUNSEL RYAN SOSCIA FOR ANHEUSER BUSCH COMPANIES LLC (DEFENDANT'S) AND DESIGNATION OF PRIMARY AND SECONDARY EMAIL ADDRESSES OF RYAN J SOCIA, ESQ. | 2 | **Available** Public access | ☐ |
| 14 D14 | – | 12/12/2025 12/15/2025 | MOTION FOR EXTENSION OF TIME (DEFENDANT'S) TO RESPOND TO PLAITNIFF'S COMPLAINT | 3 | **Available** VOR, Ready to view | ☐ |
| 15 D15 | – | 12/15/2025 12/16/2025 | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT | 2 | **Available** VOR, Ready to view | ☐ |

Docket Commands ▾

FILED

OCT 28 2025

DUVAL CLERK OF COURT

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I. CASE STYLE

IN THE COUNTY COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

KENNEth TyroNE LynchJr.
_____
Plaintiff(s)

Case No.: 2025-CA-6696
Division: CV-F

Vs.

Anheuser-Busch Companies LLC
_____
Defendant(s)

### II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

- ☐ $8,000 or less
- ☐ $8,001 - $30,000
- ☐ $30,001- $50,000
- ☐ $50,001- $75,000
- ☐ $75,001-$100,000
- ☒ over $100,000.00

### III. TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

## CIRCUIT CIVIL

- _ _Condominium
- _ _Contracts and indebtedness
- _ _Eminent domain
- _ _Auto negligence
- _ _Negligence—other
  - _ _Business governance

- \_ \_Business torts
- \_ \_Environmental/Toxic tort
- \_ \_Third party indemnification
- \_ \_Construction defect
- \_ \_Mass tort
- \_ \_Negligent security
- \_ \_Nursing home negligence
- \_ \_Premises liability—commercial
- \_ \_Premises liability—residential
- \_ \_Products liability
- \_ \_Real property/Mortgage foreclosure
  - \_ \_Commercial foreclosure
  - \_ \_Homestead residential foreclosure
  - \_ \_Non-homestead residential foreclosure
  - \_ \_Other real property actions
- \_ \_Professional malpractice
  - \_ \_Malpractice—business
  - \_ \_Malpractice—medical
  - \_\_\_\_Malpractice—other professional
- \_ \_Other
  - \_ \_Antitrust/Trade regulation
  - \_ \_Business transactions
  - \_ \_Constitutional challenge—statute or ordinance
  - \_ \_Constitutional challenge—proposed amendment
  - \_ \_Corporate trusts
  - ☒ \_Discrimination—employment or other
  - \_ \_Insurance claims
  - \_ \_Intellectual property
  - \_ \_Libel/Slander
  - \_ \_Shareholder derivative action
  - \_ \_Securities litigation
  - \_ \_Trade secrets
  - \_ \_Trust litigation

## COUNTY CIVIL

- \_ \_Civil
- \_ \_Real Property/Mortgage foreclosure
- \_ \_Replevins
- \_ \_Evictions
  - \_ \_Residential Evictions
  - \_ \_Non-residential Evictions
  - \_ \_Other civil (non-monetary)

**IV. REMEDIES SOUGHT** (check all that apply):

X _Monetary;

_ _Nonmonetary declaratory or injunctive relief;

_ _Punitive

**V. NUMBER OF CAUSES OF ACTION: [    ] (Specify)**

The Florida Civil Rights Act (FCRA) of 1992

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**

[ ] yes

[X] no

**VII.  HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?** [ ] no

[X] yes If "yes," list all related cases by name, case number, and court.

Kenneth Tyrone Lynch vs TEAMSTERS LOCAL 947 Union

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**

_[X] _yes

_[ ] _no

**IX. DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**

_[ ] _yes

_[X] _no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of General Practice and Judicial Administration 2.425.

Signature _____   Fla. Bar # _____

(Attorney or party)                              (Bar # if attorney)

Kenneth Lynch                                    October 28, 2025

(type or print name)                             Date

In the County court of the Fourth Judicial circuit in and for
Duval County Florida

plaintiff
Kenneth Tyrone Lyren
        Lynch JR.                    Complaint

    VS

Anheuser-Busch Companies
        LLC

F I L E D

OCT 2 8 2025

DUVAL CLERK OF COURT

**TITLE XLIV**
**CIVIL RIGHTS**

**CHAPTER 760**
**DISCRIMINATION IN THE TREATMENT OF PERSONS; MINORITY REPRESENTATION**

**DISCRIMINATION; MINORITY REPRESENTATION**

**760.10  Unlawful employment practices.—**

(1)  It is an unlawful employment practice for an employer:

(a)  To discharge or to fail or refuse to hire any individual, or otherwise to discriminate against any individual with respect to compensation, terms, conditions, or privileges of employment, because of such individual's race, color, religion, sex, national origin, age, handicap, or marital status.

(b)  To limit, segregate, or classify employees or applicants for employment in any way which would deprive or tend to deprive any individual of employment opportunities, or adversely affect any individual's status as an employee, because of such individual's race, color, religion, sex, national origin, age, handicap, or marital status.

(4)  It is an unlawful employment practice for any employer, labor organization, or joint labor-management committee controlling apprenticeship or other training or retraining, including on-the-job training programs, to discriminate against any individual because of race, color, religion, sex, national origin, age, handicap, or marital status in admission to, or employment in, any program established to provide apprenticeship or other training.

(7)  It is an unlawful employment practice for an employer, an employment agency, a joint labor-management committee, or a labor organization to discriminate against any person because that person has opposed any practice which is an unlawful employment practice under this section, or because that person has made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under this section.

**ANHEUSER BUSCH**

**August 17, 2021**-Denial letter for interview for apprentice position from Zachary Beston (Caucasian) (Regional people Supervisor) Noted, wanted to see more progress in Troubleshooting, and learning equipment. Applauded Kenneth's progress. Conversely, other workers, outside his protected class,(Caucasians) were hired internally, with less experience, less tenor, and some outside Anheuser-Busch.

**August 2021**-Spoke to Weekender "Cooper McGee" (Caucasian) he responds, "What's up Boy!?" I asked him what did he say? Cooper responded, "BOY." Kenneth responded, "Don't call me that again."

**August 21, 2021**-Cris Sprouse,(Caucasian) (Apprentice) Yells, "Fuck You" three times, and violates Kenneth's' personal space, while putting his hand Kenneth's' face. Kenneth immediately reports threats, erratic behavior, and cursing, to Supervisor "Danielle" (Caucasian) who calls Supervisors, "Jack" (Caucasian) and "Beasley" (Caucasian) Cris Sprouse, calls Union Steward, "Adam Edwards," All (Caucasian) management, and union, ignore Kenneth's complaint. Management says nothing, and refuses to document incident.

**August 2021**, Kenneth Lynch reports incidents with Caucasian workers, Cooper McGee, for repeatedly calling Kenneth Lynch "Boy," and the incident where Cris Sprouse repeatedly curses Kenneth Lynch, and accosts him in front of Management, to Anheuser Busch's Human resources. Zack Beston, and Stephen Vincent. Via email, and in person interview.

**September 1, 2021**- Stephen Vincent, and Zachary Beston called, and Stephen Vincent threatened weekender position 2 times," If there were any more issues/complaints." Accused Kenneth of having issues with others, (all Caucasian) but would not detail issues, or rule violations. Stephen Vincent, Defended Cris Sprouse actions. Stephen Vincent, nor Zachary Beston, address the violent behavior, organized harassment, or racism of co-workers.

**September 20, 2021**, Numerous requests for on the job training was ignored by Anheuser Busch. Individuals outside my protected group, with less seniority, and experience, were chosen instead of Plaintiff. Plaintiff, Requested Teamsters 947 assistance in matter, specifically filing a grievance, and all emails, and phone messages to the union was ignored.

**October 11, 2020**, Denial for additional training in other areas of plant, to increase my chances for consideration for a full-time position, and was denied. Followed up with Teamsters 947, in regards to filing a grievance, and all emails, and phone calls was ignored by union.

**December 11, 2021** Human Resources, for Anheuser Busch, Stephen Vincent denied Plaintiff an interview for an apprentice position. Stephen Vincent stated "You were disrespectful to Adam, (Edwards, Union Steward) We are a family here….." Basically saying, if you have a problem with one of us, you have a problem with all of us. (All Caucasian) None of the "family" is in the "protected class." In referencing Adam Edwards, HR, was explaining the reasoning for the denial of my interview request for the apprentice position.

**December 11, 2021**-Sent Anheuser Busch's HR Stephen Vincent email requesting interview for apprentice position. Stephen Vincent met Kenneth in electrician office "You have had some issues with your co-workers in the past, (Cris Sprouse, Adam Edwards, and Cooper McGee, all Caucasian) we are a family here, and those must be worked out, before we move forward. We will be hiring again in April, or May. You will not have an interview in this round. If there are any more issues, you will be removed from the weekender program." Kenneth asked Vincent, what am I supposed to do when someone calls me "boy" curses and threatens me? Vincent, responded, "If there are any more issues, you will be removed from the program. Cris, and Adam said you were disrespectful."Kenneth, "So I'm not getting in interview because I reported them? Reported, discrimination? Vincent responded "Yeah"

**December 21, 2021** Kenneth Lynch is notified by Anheuser Busch, that he is suspended pending an investigation for unnamed incident, or incidents involving a person, or persons. There is no justification, or reference of the employee hand book, or violation. No documentation from employer. There were no timeline of incident, or investigation. It would ultimately be a 27-month suspension, that violated the employee handbook and the collective bargaining agreement with the Union.

**February 13, 2024**, Kenneth Lynch sent excerpts of the, (CBA) Collective bargaining agreement to (Anheuser-Busch) highlighting, violations, and articles. The next day is the continuation of an investigation that violated several articles of the contract that both Anheuser Busch, and the Union ratified.

**March 7, 2024**, Teamsters 947, files official grievance against Anheuser-Busch, Companies, for multiple violations of the collective bargaining agreement, on behalf of Plaintiff, Kenneth Lynch.

**March 10, 2024**, Official termination from Anheuser-Busch. Official explanation, violating workplace violence policy, with no witnesses, incident reports, or corrective actions to substantiate termination. Results after a 27 month so called investigation.

**March 11, 2024**, Plaintiff notified EEOC investigator, Latasha Nelson, and Scott Kelly (EEOC Manager) that he was officially terminated from employment by Defendant, Anheuser-Busch, Companies, for his complaints of discrimination, and retaliation. Ms. Nelsons response, "I will notate in your file, and please download any documentation in the EEOC portal." Which the Plaintiff did.

**June 10, 2024,** Arbitration in St. Pete Florida. (Anheuser-Busch, and Teamsters union meet 30 minutes before arbitration to unofficially vote against Kenneth Lynch, reinstatement.) Arbitrator, Teamsters, and Anheuser Busch, officially vote unanimously against Plaintiffs reinstatement, without having any witnesses present,to affirm statements, accusations, and so-called incidents. Anheuser Busch could not reference any precedent, or reference any plausible reasoning to justify termination.

IN THE COUNTY COURT OF
DUVAL COUNTY, FLORIDA

_Kenneth Tyrone Lynch Jr._

Plaintiff(s),

Case No.: _2025-CA-6696_

v.

Division: _CV-F_

_Anheuser-Busch Companies LLC_

Defendant(s).

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant _Anheuser-Busch Companies LLC Represented by JacksonLewis_ _500 Riverside Avenue Suite 902_ _[Insert defendant's name and address]._ _Jacksonville, Duval Florida 32202 (904)-638-2655_

DATED on _Oct 28, 2025_

JODY PHILLIPS
As Clerk of the Court
By:
As Deputy Clerk

## **IMPORTANT**

      A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante).

**Si usted es una persona minusválida que necesita algún acomodamiento para poder participar en este procedimiento, usted tiene derecho, sin tener gastos propios, a que se le provea cierta ayuda. Tenga la amabilidad de ponerse en contacto con ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net, por lo menos 7 días antes de la cita fijada para su comparecencia en los tribunales, o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de 7 días; si usted tiene discapacitación del oído o de la voz, llame al 711.**

### IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger. Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Florida Rules of Civil Procedure Form 1.902(b): Summons—Form for Service on a Natural Person

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egale-ment, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

**Si vous êtes une personne handicapée qui a besoin de mesures d'adaptation pour participer à cette procédure, vous avez droit, sans frais pour vous, à une certaine assistance. Veuillez contacter ADA Coordinator, Telephone (904) 255-1695, Email crtintrp@coj.net au moins 7 jours avant votre comparution prévue au tribunal, ou immédiatement après avoir reçu cette notification si le délai avant la comparution prévue est inférieur à 7 jours; si vous êtes malentendant ou avez un trouble de la parole, appelez le 711.**

### ENPÒTAN

Pwosedi legal yo te pran kont ou. Ou gen 20 jou konsekitif ki soti nan dat konklizyon sa a pou ou ranpli yon repons alekri pou plent sa a nan tribinal sa a. Yon apel telefon ki senp se pa ase pou pwoteje ou. Ou oblije ranpli repons alekri ou a, ak nimewo a dosye pi wo a ak non pati yo ki te nonmen isit la, si ou vle tribinal la tande ka w la. Si ou pa ranpli repons alekri ou nan rele egzije a, ou riske pedi koz la ak sale ou, lajan ou, ak pwopriyete ou yo ka mete men sou pita, san okenn lot avi nan tribinal la. Gen lot obligasyon legal epi ou ka mande sevis imedya yon avoka. Si ou pa konnen yon avoka, ou ka rele yon sèvis referans avoka oswa yon biwo ed legal (ki nan lis nan anye telefon).

Si ou chwazi pou ou soumet yon repons alekri tet ou, ou pral bezwen tou voye oswa voye yon kopi repons ekri ou nan fòm sa a an menm tan an tankou fomalite sa a "Avoka Pleyan/ Pwokire a" (Pleyan oswa avoka li) non anba a.

**Si ou se yon moun ki enfim ki bezwen akomodasyon pou w kab patisipe nan pwosedi sa a, ou gen dwa, san ou pa bezwen peye okenn lajan, pou w jwenn yon sèten èd. Tanpri kontakte ADA Coordinator, Kòdonatris pwogram Lwa Ameriken pou Moun ki Enfim yo nan Telephone (904) 255-1695, Email crtintrp@coj.net, fè sa omwen 7 jou anvan dat ou gen randevou pou parèt nan Tribinal la, oswa fè sa imedyatman apre ou fin resevwa konvokasyon an si dat ou gen pou w parèt nan tribinal la mwens pase 7 jou; si ou gen pwoblèm pou w tande byen oswa pou w pale klè, rele 711.**

_Signature of Plaintiff/Plaintiff's Attorney_

Print Name: _Kenneth Lynch_

Address: _1120 CEDAR Street_

_Apt C Jacksonville FLA 32201_

Phone Number: _404-242-9390_

Email: _Norcrosssony@yahoo.com_

FILED

OCT 28 2025

IN THE CIRCUIT/COUNTY COURT OF THE _4th Circuit_ JUDICIAL CIRCUIT
IN AND FOR _Duval_ COUNTY, FLORIDA

DUVAL CLERK OF COURT

_Kenneth T Lynch_
Plaintiff/Petitioner or In the Interest of

_Anheuser - Busch_          vs.
Defendant//Respondent

CASE NO.
_2025-CA-6696_

## APPLICATION FOR DETERMINATION OF CIVIL INDIGENT STATUS

A person who knowingly provides false information to the clerk or the court in seeking a determination of indigent status under s. 57.082, F.S. commits a misdemeanor of the first degree, punishable up to 1 year in jail or up to $1,000 in fines, as provided in s.775.082, F.S. or s. 775.083, F.S. **I attest that the information provided on this application is true and accurate to the best of my knowledge.**

Signed on _October 28_, 20 _25_.          _Kenneth Lynch_
                                          Signature of Applicant for Indigent Status
Year of Birth _1972_    Last 4 digits of Driver License or ID Number _7765_
                                          Print Full Legal Name: _Kenneth Tyrone Lynch_
Email address: _Norcrossony@yahoo.com_    Phone Number/s: _404-242-9390_

Address: Street, City, State, Zip Code

**Notice to Applicant:** If you qualify for civil indigence, the filing and summons fees are waived; other costs and fees are not waived.

1. **I have** _1_ **dependents.** *(Do not include children not living at home and do not include a working spouse or yourself.)*

2. **My take home pay is $**____0____ paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☐ monthly ☐ yearly ☐ other _____
   Include cash payments. Include only your "net" pay. Your take home pay (net income) is your total salary and wages minus deductions required by law, including court-ordered support payments.

3. **I have other income** paid ☐ weekly ☐ every two weeks ☐ semi-monthly ☑ monthly ☐ yearly ☐ other _____.
   *(Check "Yes" and fill in the amount if you have this kind of income, otherwise check "No")*

| | | |
|---|---|---|
| Social Security benefits .......... ☐Yes $_____ ☑No | Workers compensation .................... ☐Yes $_____ ☑No |
| Unemployment compensation ☐Yes $_____ ☑No | Regular support from |
| Union payments...................... ☐Yes $_____ ☑No | absent family members.................. ☑Yes $ _50-75_ ☐No |
| Retirement/pensions............... ☐Yes $_____ ☑No | Rental income ................................ ☐Yes $_____ ☑No |
| Trusts .................................... ☐Yes $_____ ☑No | Dividends or interest .................... ☐Yes $_____ ☑No |
| Veterans' benefits................... ☐Yes $_____ ☑No | Other kinds of income not on the list . ☐Yes $_____ ☑No |

I understand that I will be required to make payments for costs to the clerk in accordance with §57.082(5), Florida Statutes, as provided by law, although I may agree to pay more if I choose to do so.

4. **I have other assets:** *(Check "yes" and fill in the value of the property, otherwise check "No")*

| | | |
|---|---|---|
| Cash ........................................ ☑Yes $ _87.35_ ☐No | Bank/Savings account......................... ☑Yes $ _-185_ ☐No |
| Car/Motor Vehicle*................... ☐Yes $_____ ☑No | Stocks/bonds/Certificates of Deposit .. ☐Yes $_____ ☑No |
| Money market accounts.......... ☐Yes $_____ ☑No | Homestead real estate ...................... ☐Yes $_____ ☑No |
| Boats/other tangible property* ☐Yes $_____ ☑No | Non-homestead real estate*............... ☐Yes $_____ ☑No |
| *show loans on these assets in paragraph 5 | Other assets*.................................. ☐Yes $_____ ☑No |

Check one: I ☑ DO/☐ DO NOT expect to receive more assets in the near future. The asset and value is _____.

5. **I have total liabilities and debts in the amount of** $ _-8432_. I have loan balances on assets in paragraph 4:
   Car/Motor Vehicle $ _NA_; Homestead $ _NA_; Non-homestead real estate $ _NA_; Boat $ _NA_;
   Other tangible property (identify here) _____ and loan balance $ _____

**CLERK'S DETERMINATION**

Based on the information in this Application, I have determined the applicant to be ☐ Indigent ☐ Not Indigent according to s. 57.082, F.S.
Dated on _10/28/25_, 20 ____.          JODY PHILIPS

                                          Clerk of the Circuit Court
                                          By _____ Deputy Clerk

**APPLICANTS FOUND NOT TO BE INDIGENT MAY SEEK REVIEW BY A JUDGE BY ASKING FOR A HEARING TIME. THERE IS NO FEE FOR THIS REVIEW.**
Sign here if you want the judge to review the clerk's decision _____

Updated 4/7/2021



Jody Phillips
Clerk of the Circuit Court

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: **16-2025-CA-006696-AXXX-MA**
DIVISION: **CV-F (Circuit Court)**

**KENNETH TYRONE LYNCH**

              Plaintiff(s)

vs.

**ANHEUSER BUSCH COMPANIES LLC**

              Defendant(s)

## <u>CERTIFICATE OF INDIGENCY</u>

    I, Jody Phillips, Clerk of the Circuit and County Courts, Duval County, Florida, do hereby certify that petitioner KENNETH TYRONE LYNCH has filed an affidavit of indigency in this case in accordance with Section 57.081(1), Florida Statutes, and it appear that said affidavit is sufficient and that the petitioner, is entitled to receive the services of the courts, sheriffs, and clerks with respect to this proceeding.  Witness my hand and seal at Jacksonville, Florida this **28th day of October, A.D. 2025**.

Jody Phillips
CLERK OF THE CIRCUIT COURT

*Lisa Reeves*

By: **L. Reeves**
Deputy Clerk

IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NUMBER: 16-2025-CA-006696-AXXX-MA
DIVISION: CV-F

KENNETH TYRONE LYNCH JR,
   Plaintiff,

-vs-

ANHEUSER BUSCH COMPANIES LLC,
   Defendant.
_____

### CASE MANAGEMENT ORDER SETTING PROJECTED
### TRIAL DATE AND CASE MANAGEMENT DEADLINES

In accordance with Rule 1.200, Florida Rules of Civil Procedure, it is,


**ORDERED** as follows:

**1. CASE MANAGEMENT TRACK DESIGNATION**

    Based on initial information provided on the Civil Case Cover Sheet and consideration of the Complaint, this case is assigned to **the general case management track.**

Changes in track designation may be made in accordance with Rule 1.200(c).

**2. PROJECTED TRIAL DATE**

   **The Plaintiff has demanded a jury trial.**

   The projected trial term date is **MARCH 8, 2027**.

   The projected pretrial date is **FEBRUARY 18, 2027**

**3. PROJECTED TRIAL DURATION**

   The projected time allocated for the trial is **5 days or less.**.

---

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 11/06/2025 08:32:13 AM

**4. PROJECTED PRE-TRIAL DEADLINES**

| | | |
|---|---|---|
| **a.** | Service of Complaint | *See* Fla. R. Civ. P. Rule 1.070 |
| **b.** | Service Under Extensions | *See* Fla. R. Civ. P. Rule 1.070 |
| **c.** | Adding New Parties | 120 days after service of the Complaint |
| **d.** | Filing and Resolution of all Objections to Pleadings | 60 days after service of the Complaint |
| **e.** | Expert Witness Disclosure | Plaintiff: 150 days before pre-trial conference; Defendant: 120 days before pre-trial conference |
| **f.** | Completion of Fact Discovery | by pre-trial conference |
| **g.** | Completion of Expert Discovery | by pre-trial conference |
| **h.** | Filing and Service of Motions for Summary Judgment | 90 days before pre-trial conference |
| **i.** | Filing and Resolution of all Pretrial Motions (including summary judgment motions) | by pre-trial conference |
| **j.** | Completion of Alternative Dispute Resolution | 14 days before pre-trial conference |

**The deadlines established by this order will be strictly enforced unless changed by court order.**

**5. CASE MANAGEMENT FOLLOWING THE SETTING OF THE PROJECTED TRIAL DATE**

A Case Management Conference ("CMC") pursuant to Rule 1.200(j), Fla. R. Civ. P. will be convened on **FEBRUARY 25, 2026**, at  **3:00pm** at the Duval County Courthouse, 501 W. Adams Street, **Hearing Room 736**, Jacksonville, Florida 32202. **Counsel of Record** for the parties and

**Pro Se Parties** shall appear in person and be prepared to address all scheduling issues and other issues that may impact the trial of the case.

The purpose of this Case Management Conference is to provide the parties or their counsel an opportunity to be heard prior to the Court setting the actual trial period, pretrial conference, and pretrial deadlines.

Accordingly, no later than **7 days** prior to this CMC, the parties or their counsel shall, in a meeting initiated by Plaintiff(s) or their counsel if represented, confer with each other regarding the particular case management needs of the case, including but not limited to:

  a. whether the parties adopt the projected trial date/duration set forth above; or
  b. whether the parties agree that a different actual trial date/duration should govern this case; and
  c. whether the CMC should be cancelled because the parties have submitted a Trial Set Memorandum as set forth below.

**The parties may avoid this CMC by filing and submitting to the Court's Judicial Assistant a completed Division CV-F Trial Set Memorandum no later than 14 days prior to the date of this CMC advising the Court whether the parties adopt the projected trial date/duration set forth above OR whether the parties agree that a different actual trial date/duration (consistent with the time standards set forth in Fla. Gen. Prac. and J. Admin. Rule 2.250) should govern this case.** If such a memorandum is timely submitted, the Court will, upon request, cancel this CMC. Unless the Court cancels the CMC, the CMC shall proceed.

Upon the failure of a party, or their counsel if represented, to attend this CMC or to submit a completed Trial Set Memorandum, the Court may set an actual trial date, dismiss the action, strike pleadings, limit proof or witnesses, or take any other appropriate action against a party failing to attend. Fla. R. Civ. P. Rules 1.200(j)(6) and 1.420(b).

**6. ORDER SETTING ACTUAL TRIAL DATE**

Following either the CMC or the receipt of a Trial Set Memorandum from the parties, each Division will enter a superseding order setting an actual trial date within the time standards prescribed by Florida Rule of General Practice and Judicial Administration 2.550, along with deadlines and requirements of counsel pursuant to Florida Rules of Civil Procedure 1.200 and 1.440.

**7. MOTIONS OR OBJECTIONS DIRECTED TO PLEADINGS**

Within 60 days of filing a Motion to Dismiss, a Motion for More Definite Statement, a Motion to

Strike or any objection to a pleading, the moving or objecting party shall schedule with the Court's Judicial Assistant a hearing on the motion or objection. Failure to do so shall result in the motion or objection being deemed abandoned and denied. The nonmoving party shall promptly submit a proposed order confirming that the motion or objection is denied.

**8. SERVICE OF THIS ORDER**

The Plaintiff shall serve a copy of this Case Management Order on all other parties to this action and shall file a Certificate of Service reflecting the date on which the party was served.

**DONE AND ORDERED** in Chambers at Jacksonville, Duval County, Florida, this **Wednesday, November 5, 2025.**

16-2025-CA-006696-AXXX-MA 11/05/2025 04:46:12 PM

JAMES H. DANIEL, CIRCUIT JUDGE

Jennie Prather, Judicial Assistant
16-2025-CA-006696-AXXX-MA 11/05/2025 04:46:12 PM

Copies to:

**KENNETH TYRONE LYNCH JR**

1120 CEDAR STREET APT C
JACKSONVILLE, FL 32207

# Return Of Service

| | |
|---|---|
| | **2025-35710** |
| | Control Number |

## SUMMONS

**To Be Served:**   ANHEUSER-BUSCH COMPANIES LLC

**Plaintiff:**   KENNETH TYRONE LYNCH JR

*-vs-*

**Defendant:**   ANHEUSER-BUSCH COMPANIES LLC

**Attorney**

| | |
|---|---|
| **Case Number:**  16-2025-CA-6696 | **Court Date:** |
| **Court:**  DUVAL | **Court Time:** |
| **Type of Writ:**  SUMMONS | |

## NOT FOUND

Received the above named writ on WEDNESDAY, OCTOBER 29, 2025, at 9:16 AM and returned the same as NOT SERVED on THURSDAY, OCTOBER 30, 2025, in DUVAL County, Florida, for the reason that after due diligence to locate the named person, to-wit: ANHEUSER-BUSCH COMPANIES LLC, could not be found in DUVAL County Florida as set forth in Section 30.231(3), Florida Statutes.

I WENT TO LOOK FOR THE BUSINESS IN THIS AREA BUT YOU DIDNT SEE IT. PER PROPERTY APPRAISER/JEA CHECK THERE IS NO SUCH ADDRESS FOUND IN DUVAL COUNTY. PER SUNBIZ—PRINCIPAL ADDRESS IS AT ONE BUSCH PLACE ST. LOUIS, MO 63118 AND THE REGISTERED AGENT NAME & ADDRESS IS C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324.

**T.K. WATERS, Sheriff**
**Duval County, Florida**
**By 5717 A.N. TAYLOR**

*/s/ ALLEN N TAYLOR*

**JSO Special Process Server**

*Printed on 11/05/2025*                    *Electronically signed, 10/31/2025 per Florida statute 48.21*

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 11/06/2025 01:31:07 PM

# Return Of Service

2025-35710
Control Number

## SUMMONS

**To Be Served:**     ANHEUSER-BUSCH COMPANIES LLC

**Plaintiff:**     KENNETH TYRONE LYNCH JR

-*vs*-

**Defendant:**     ANHEUSER-BUSCH COMPANIES LLC

**Attorney**

| | | | |
|---|---|---|---|
| **Case Number:** | 16-2025-CA-6696 | **Court Date:** | |
| **Court:** | DUVAL | **Court Time:** | |
| **Type of Writ:** | SUMMONS | | |

### NOT FOUND

Received the above named writ on WEDNESDAY, OCTOBER 29, 2025, at 9:16 AM and returned the same as NOT SERVED on THURSDAY, OCTOBER 30, 2025, in DUVAL County, Florida, for the reason that after due diligence to locate the named person, to-wit: ANHEUSER-BUSCH COMPANIES LLC, could not be found in DUVAL County Florida as set forth in Section 30.231(3), Florida Statutes.

I WENT TO LOOK FOR THE BUSINESS IN THIS AREA BUT YOU DIDNT SEE IT. PER PROPERTY APPRAISER/JEA CHECK THERE IS NO SUCH ADDRESS FOUND IN DUVAL COUNTY. PER SUNBIZ—PRINCIPAL ADDRESS IS AT ONE BUSCH PLACE ST. LOUIS, MO 63118 AND THE REGISTERED AGENT NAME & ADDRESS IS C T CORPORATION SYSTEM 1200 SOUTH PINE ISLAND ROAD PLANTATION, FL 33324.

**T.K. WATERS, Sheriff**
**Duval County, Florida**
**By 5717 A.N. TAYLOR**

/s/ ALLEN N TAYLOR

**JSO Special Process Server**

*Printed on 11/05/2025*                    *Electronically signed, 10/31/2025 per Florida statute 48.21*

ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 11/06/2025 01:43:31 PM

IN THE CIRCUIT COURT FOR
DUVAL COUNTY, FLORIDA

*Kenneth Tyrone Lynch Jr.*
_____,
                              Plaintiff(s),

v.

*Anheuser Busch Companies LLC*
_____,
                              Defendant(s).

Case No.: *16-2025-CA-006696-AxxX-MA*

Division: *CV-F*

## SUMMONS

THE STATE OF FLORIDA:

To Each Sheriff of the State:

*Anheuser Busch Companies LLC*

YOU ARE COMMANDED to serve this summons and copy of the complaint or petition in this action on defendant *CT Corporation System 1200 South Pine Island Road Plantation, FL 33324* _____ *[Insert defendant's name and address].*

Each defendant is required to serve written defense to the complaint or petition on *Kenneth Tyrone Lynch Jr.* _____, plaintiff/plaintiff's attorney, whose name and address is *1120 Cedar Street Apt C Jacksonville FLA 32207* _____ within 20 days[1] after service of the summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiff/Plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

DATED on *November 13, 2025* _____

JODY PHILLIPS
As Clerk of the Court
By: _____
As Deputy Clerk

---

[1] Except when suit is brought pursuant to s. 768.28, Florida Statutes, if the State of Florida, one of its agencies, or one of its officials or employees sued in his or her official capacity is a defendant, the time to be inserted as to it is 40 days. When suit is brought pursuant to 768.28, Florida Statutes, the time to be inserted is 30 days.

Florida Rules of Civil Procedure Form 1.902(b)—Summons: General Form

IN THE CIRCUIT COURT FOR
DUVAL COUNTY, FLORIDA

KENNEth Tyrone Lynchdr.
_Petitioner/Plaintiff,_

v.

Anheuser Busch Companies.LLC
_Respondent/Defendant._

Case No. 16-2025-CA-006696-AXXX-MA
DIVISION: CV-F

FILED

NOV 13 2025

DUVAL CLERK OF COURT

### CERTIFICATE OF SERVICE

CASE MANAGEMENT ORDER

I HEREBY CERTIFY that copy of _____ has been

furnished to Jackson Lewis. PC B.Tyler White _____

501 Riverside Avenue Suite 902, Jacksonville FL 32202

(insert name or names and addresses used for service) by ( ✓ ) email / ( ✓ ) delivery / (___)

mail on 11/12/25 _____ (date).

Signature _____
Print Name: Kenneth Tyrone Lynch
Address: 1120 CEDAr street
Apt C Jacksonville, Fla-32207
Phone: 404 242 9390
Email: Norcrosssony@yahoo.com

**IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT**
**IN AND FOR DUVAL COUNTY, FLORIDA**
**CIVIL DIVISION**

**KENNETH TYRONE LYNCH, JR.,**

      **Plaintiff,**

**v.**                                                    **Case No.: 2025-CA-6696**

**ANHEUSER-BUSCH COMPANIES, LLC**
      **Defendant.**

_____/

### DEFENDANT ANHEUSER-BUSCH COMPANIES, LLC
### NOTICE OF APPEARANCE AND DESIGNATION OF
### PRIMARY AND SECONDARY E-MAIL ADDRESSES OF B. TYLER WHITE, ESQ.

      B. Tyler White, Esq. gives notice of his appearance as counsel for Defendant, Aheuser-Busch Companies, LLC. The undersigned counsel requests that all pleadings, notices, correspondence, and other papers in this matter be directed to the undersigned at the address below.

      B. Tyler White, Esq. counsel for Anheuser-Busch Companies, LLC and pursuant to Fla. R. Jud. Admin. 2.516(b)(1)(A), designates the following e-mail address for service of all future documents, notices, motions, orders, judgments, and other pleadings filed in this case.

Primary Electronic E-Mail Addresses:      Tyler.White@jacksonlewis.com

Secondary Electronic E-Mail Addresses:      Megan.Pina@jacksonlewis.com
                                      TampaDocketing@jacksonlewis.com

      Where service of hard copies is to be made in addition to the e-mail service required by Rule 2.516(b)(1)(A), counsel requests that the copies be served upon them at the physical address below.

DATED this 12th day of December, 2025.

<div style="margin-left: 40%;">

Respectfully submitted by:

**JACKSON LEWIS P.C.**

*/s/ B. Tyler White*
**B. Tyler White, Esq.**
**Lead Trial Counsel**
Florida Bar No.: 0038213
tyler.white@jacksonlewis.com
megan.pina@jacksonlewis.com
jacksonvilledocketing@jacksonlewis.com

**Ryan J. Soscia, Esq.**
Florida Bar No.: 1031736
ryan.soscia@jacksonlewis.com
maya.levy@jacksonlewis.com
tampadocketing@jacksonlewis.com

Wells Fargo Center
100 S. Ashley Drive, Suite 2200
Tampa, Florida 33602
Telephone:    813-512-3210
Facsimile:    813-512-3211
TampaDocketing@jacksonlewis.com

*Attorneys for Defendant*

</div>

<div align="center">

**CERTIFICATE OF SERVICE**

</div>

**I HEREBY CERTIFY** that on this 12th day of December, 2025 a true and correct copy of the foregoing was filed with the Clerk of Court, via the Florida E-filing Portal which will send an electronic notice to counsel of record.

<div style="margin-left: 40%;">

*/s/ B. Tyler White*
Attorney

</div>

**IN THE CIRCUIT COURT FOR THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA**

**KENNETH TYRONE LYNCH, JR.,**

     **Plaintiff,**

**v.**                                                                 **Case No.: 2025-CA-6696**

**ANHEUSER-BUSCH COMPANIES, LLC**

     **Defendant.**
_____/

<u>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO
PLAINTIFF'S COMPLAINT**</u>

Defendant, ANHEUSER-BUSCH COMPANIES, LLC ("Defendant"), hereby moves, for a fourteen (14) day extension of time to respond to Plaintiff's Complaint (the "Complaint"), and in support thereof, state as follows:

1.     On October 28, 2025, Plaintiff filed suit against Defendant for a violation of the Florida Civil Rights Act.

2.     Defendant was served with the Complaint on November 24, 2025.

3.     Defendant needs additional time in order to investigate Plaintiff's new claims and prepare Defendant's response to the Complaint.

4.     Accordingly, Defendant requests a 14-day extension of time, up to and including December 29, 2025, to file their response to Plaintiff's Complaint.

5.     This Motion is being made in good faith and for no improper purpose.  No parties will be prejudiced by the relief sought herein.  The undersigned further certifies that this Motion is not being made to delay these proceedings and that it is in the interest of justice to grant an extension of time.

## <u>RULE 1.202 CERTIFICATION</u>

I certify that conferral prior to filing is not required under Rule 1.202. Conferral is not required because Plaintiff is a *pro se* litigant, pursuant to 1.202(c).

WHEREFORE, Defendant respectfully requests that the Court grant Defendant an extension of time to respond to the Complaint up through, and including, **Monday, December 29, 2025**, to file their response to Plaintiff's Complaint.

DATED this 12th day of December, 2025.

Respectfully submitted,

JACKSON LEWIS P.C.
501 Riverside Avenue, Suite 902
Jacksonville, FL  32202
Telephone: (904) 638-2655
Facsimile: (904) 638-2656

By: */s/ Ryan Soscia*
**B. Tyler White, Esq.**
Florida Bar No. 038213
Tyler.White@jacksonlewis.com
Megan.Pina@jacksonlewis.com
JacksonvilleDocketing@jacksonlewis.com

**Ryan J. Soscia, Esq.**
Florida Bar No.: 1031736
E-mail: Ryan.Soscia@jacksonlewis.com
E-mail: Maya.Levy@jacksonlewis.com
E-mail: TampaDocketing@jacksonlewis.com

*Attorneys for Defendant*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that on this 12th day of December, 2025 a true and correct copy of the foregoing was filed with the Clerk of Court, via the Florida E-filing Portal which will send an electronic notice to counsel of record.

<div align="right">

*/s/ Ryan J. Soscia*_____
Attorney

</div>

4932-8565-1585, v. 1

IN THE CIRCUIT COURT
OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NUMBER: 2025-CA-006696
DIVISION: CV-F

KENNETH TYRONE LYNCH, JR.,

    Plaintiff,

Vs.

ANHEUSER-BUSCH COMPANIES, LLC

    Defendant,

## ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE is before the Court upon Defendant Anheuser-Busch Companies, LLC ("Defendant")'s Motion for Extension of Time to Respond to Plaintiff's Complaint, and the Court, having reviewed the Motion, and otherwise being fully advised in the premises, hereby:

ORDERS AND ADJUDGES that Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint is GRANTED. Defendant shall have up to and including December 29, 2025, to respond to the Complaint.

DONE AND ORDERED in Jacksonville, Duval County, Florida on Monday, December 15, 2025.

16-2025-CA-006696-AXXX-MA 12/15/2025 04:14:31 PM

_____
JAMES H. DANIEL, CIRCUIT JUDGE
James Daniel, Judge
16-2025-CA-006696-AXXX-MA 12/15/2025 04:14:31 PM

KENNETH TYRONE LYNCH JR

1120 CEDAR STREET APT C  JACKSONVILLE, FL 32207

Tyler  White

tyler.white@jacksonlewis.com

megan.pina@jacksonlewis.com

tyler-white-9188@ecf.pacerpro.com

Ryan J Soscia

ryan.soscia@jacksonlewis.com

maya.levy@jacksonlewis.com

ryan-soscia-3663@ecf.pacerpro.com

White, Tyler

tyler.white@jacksonlewis.com

megan.pina@jacksonlewis.com

tyler-white-9188@ecf.pacerpro.com

Soscia, Ryan J

ryan.soscia@jacksonlewis.com

maya.levy@jacksonlewis.com

ryan-soscia-3663@ecf.pacerpro.com

Gary Lyon

gary.lyon@jaxsheriff.org

gary.lyon@jaxsheriff.org

4915-3165-4017, v. 1