UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**KENNETH TYRONE LYNCH, JR.,**

    **Plaintiff,**                             **CASE NO.:**

v.

**ANHEUSER-BUSCH COMPANIES, LLC,**

    **Defendants.**
_____/

**DECLARATION OF JAMES MATHIS IN SUPPORT OF DEFENDANT'S
<u>NOTICE OF REMOVAL</u>**

I, James Mathis, declare as follows:

1. I am Secretary for Anheuser-Busch, LLC. I submit this Declaration in support of Defendant's Notice of Removal. I have knowledge of the facts set forth below based on my personal knowledge and/or my review of applicable business records. If called as a witness, I could and would testify competently to these same facts.

2. Anheuser-Busch Companies, LLC ("A-B") is a Delaware corporation with its principal place of business in Missouri or New York.

3. Anheuser-Busch InBev Worldwide Inc. is the sole member of A-B as it is A-B's direct parent company.

4. Anheuser-Busch InBev Worldwide Inc. is a Delaware corporation with its principal place of business in Missouri or New York.

5. A-B's corporate office and headquarters is located at One Busch Place St. Louis, MO 63118.

6. Plaintiff, Kenneth Tyrone Lynch, Jr. worked for Anheuser-Busch Brewing Properties, LLC in Jacksonville, Florida. The most recent address on file for Plaintiff is 1120 Cedar Street, Apt C Jacksonville, Florida 32207.

7. Anheuser-Busch Brewing Properties, LLC is a subsidiary of Anheuser-Busch, LLC, which is a subsidiary of A-B.

8. At the time of Mr. Lynch's suspension, A-B paid Plaintiff $33.37 per hour, for approximately 20 hours per week.

**Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.** Executed this 24th day of December 2025.

_____
James Mathis

4932-9951-2449, v. 4

# Declaration in Support of Notice of Removal 12.24.25

Final Audit Report 2025-12-24

| | |
|---|---|
| Created: | 2025-12-24 |
| By: | Elaine Agnew (Elaine.Agnew@jacksonlewis.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAA-V5IFogLyKb2GWil2mJXlYDOYnZT13J |

## "Declaration in Support of Notice of Removal 12.24.25" History

- Document created by Elaine Agnew (Elaine.Agnew@jacksonlewis.com)
  2025-12-24 - 4:06:24 PM GMT

- Document emailed to James Mathis (james.mathis@anheuser-busch.com) for signature
  2025-12-24 - 4:06:57 PM GMT

- Email viewed by James Mathis (james.mathis@anheuser-busch.com)
  2025-12-24 - 4:19:21 PM GMT

- Document e-signed by James Mathis (james.mathis@anheuser-busch.com)
  Signature Date: 2025-12-24 - 4:20:00 PM GMT - Time Source: server

- Agreement completed.
  2025-12-24 - 4:20:00 PM GMT